RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-13-07

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| Md. SABBIR HASAN<br>A 095 957 773<br>FED. REG. NO. 26732-265 | CIVIL ACTION NO. 07-1568<br>SECTION P |
| VS.<br>CRAIG ROBINSON, ET AL. | CHIEF JUDGE HAIK<br>MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 11th day of December, 2007.

RICHARD T. HAIK, SR.
**CHIEF JUDGE**